# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 17-4550 |
| SHAWN OWENS INC. t/a OWEN'S CAFÉ, SHAWN ZRANKOWSKI, and CLARE M. EWING and THOMAS F. EWING as Co-Administrators of the Estate of Thomas C. Ewing, Deceased, | : | |
| Defendants. | : | |

## ORDER

This 17th day of July, 2018, it is hereby **ORDERED** that Plaintiff's Motion for Judgment on the Pleadings is **GRANTED.**

      /s/ Gerald Austin McHugh
      United States District Judge